Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16−12531−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Harold J. Talbot III | Cheri L. Talbot |
| 116 Crest Avenue | 116 Crest Avenue |
| Berlin, NJ 08009 | Berlin, NJ 08009 |

Social Security No.:
  xxx−xx−9137                                     xxx−xx−8577

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 11, 2021</u>            <u>Andrew B. Altenburg Jr.</u>
                                      Judge, United States Bankruptcy Court